PEOPLE, Respondent, v MURAD BEYAH, Appellant.—Motion for leave to appeal as a poor person denied. Memorandum: The service by appellant, *pro se,* of his proposed amendment to the transcripts was untimely *(see,* CPLR 5525 [c] [1]). Appellant, through his assigned counsel, received the transcripts prior to June 22, 1988, and filed appellant's briefs on that date. Appellant, *pro se,* served proposed amendments to the transcripts on November 29, 1989, more than 15 days after receipt of the transcripts. Present—Doerr, J. P., Boomer, Green, Lawton and Lowery, JJ.